IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
NOV 17 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 10-30145-DRH |
| ) | |
| MILTIANO TREVARIS JOHNSON, ) | Title 18, United States Code, Sections |
| ) | 1029(a)(2), and (c)(1)(A)(i), 1028A(a)(1) |
| ) | |
| ) | |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

Access Device Fraud

From on or about January 1, 2010 through on or about April 2, 2010, in Madison County, Illinois, within the Southern District of Illinois,

**MILTIANO TREVARIS JOHNSON,**

the defendant herein, aided and abetted by others, did knowingly and with the intent to defraud, traffic and attempt to traffic unauthorized access devices, that is, credit/debit card accounts belonging to K.F., M.D., and others to obtain and attempt to obtain things of value aggregating $1,000 or more during a one-year period, thereby affecting interstate commerce.

In violation of Title 18, United States Code, Section 1029(a)(2), and (c)(1)(A)(i) and 2.

## COUNT 2

### Aggravated Identity Theft

From on or about January 1, 2010 through on or about April 2, 2010, in Madison County, Illinois, within the Southern District of Illinois,

**MILTIANO TREVARIS JOHNSON,**

the defendant herein, did knowingly and without lawful authority transfer, use, and possess one or more means of identification of another person, namely the credit card number of M.D., during and in relation to two felony offenses, that being access device fraud as defined by Chapter 47, Title 18, United States Code, Section 1029(a)(2), and bank fraud as defined by Chapter 63, Title 18, United States Code, 1344, and attempted to do so, by effecting financial transactions consisting of merchandise purchased at Walmart in Collinsville, Illinois, in the amount of $857.24, using the stolen credit card number, without his knowledge and authority, and such action was in or affected interstate commerce.

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

_____
NICOLE E. GOROVSKY
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention