IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**MILITIANO TREVARIS JOHNSON,**

**Defendant.**                                         No. 10-30145-DRH

### ORDER

**HERNDON, Chief Judge**:

Now before the Court is defendant Johnson's May 10, 2011 motion to continue (Doc. 31). Defendant states that he needs additional time to conduct plea negotiations. The Government does not object. The Court being fully advised in the premises finds that defendant needs additional time to conduct plea negotiations. The Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendant's motion to continue (Doc. 31). The Court **CONTINUES** the jury trial scheduled for May 23, 2011 to **Monday, June 13, 2011, at 9:00 a.m.** The time from the date the original motion was filed, May 10, 2011, until the date to which the trial is rescheduled, June 13, 2011, is

excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 12th day of May, 2011.

Digitally signed by David R. Herndon
Date: 2011.05.12 14:41:16 -05'00'

**Chief Judge
United States District Court**